SCPW-20-0000397

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE THOMAS LAURO, Petitioner.

---

ORIGINAL PROCEEDING
(CASE NO. 1CPN-19-0000002)

ORDER DENYING "REQUEST FOR WRIT OF MANDAMUS
AND REQUEST FOR WRIT OF ERROR"
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Thomas Lauro's
"Request for Writ of Mandamus and Request for Writ of Error",
which was filed on May 27, 2020, as a petition for writ of
mandamus, the documents attached thereto and submitted in support
thereof, and the record, it appears that petitioner is not
entitled to the requested extraordinary relief from this court.
See Kema v. Gaddis, 91 Hawaiʻi 200, 204-05, 982 P.2d 334, 338-39
(1999) (a writ of mandamus is an extraordinary remedy that will
not issue unless the petitioner demonstrates a clear and
indisputable right to relief and a lack of alternative means to
redress adequately the alleged wrong or obtain the requested
action).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of mandamus without payment of the filing fee.

DATED: Honolulu, Hawai'i, June 3, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson